United States District Court
Southern District of Texas
**ENTERED**
August 06, 2019
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *versus* § | Case No. 4:19–mj–01460 *SEALED* |
| § | |
| Camilo Davila § | |

**ORDER OF DETENTION PENDING HEARING**

A hearing in this case is scheduled as follows:

Identity and Detention Hearing
August 9, 2019 at 01:00 PM
Courtroom 701
United States District Court
515 Rusk Street
Houston, TX 77002

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: August 6, 2019

_____
Christina A. Bryan
United States Magistrate Judge